UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ SEP 10 2018 ★
BROOKLYN OFFICE

------------------------------------------------------------------x

Neal Benedek,

        Plaintiffs,

        v.

Veripro Solutions Inc

        Defendants,

------------------------------------------------------------------x

1:18-cv-01784-ILG-RLM

## NOTICE OF VOLUNATARY DISMISSAL BY THE PLAINTIFF AGAINST DEFENDANT PURSUANT TO RULE 41(a)(1)(A)(i)

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and as the Defendant has neither answered the operative complaint nor moved for summary judgment, undersigned counsel on behalf of the Plaintiff hereby voluntarily dismisses the pending action with prejudice as to the named Plaintiff.

Dated: Brooklyn, New York
       September 7, 2018

Respectfully submitted,

LAW OFFICES OF DAVID PALACE

By: /s/ David Palace
383 Kingston Ave, #113
Brooklyn, NY 11213
Tel: (347) 651-1077
Fax: (347) 464-0012

*Attorneys for Plaintiff*

So Ordered

I. Leo Glasser
9/7/18